UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| DAWUD BEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )   CASE NO.: 8:15-cv-01141-PWG |
| CREDIT BUREAU OF NAPA COUNTY | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SETTLEMENT

Equifax Information Services LLC ("Equifax") hereby notifies the Court that the parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing dismissal papers. Equifax requests that the Court retain jurisdiction for any matters related to completing or enforcing the settlement. Equifax expects the settlement process to take up to 30 days from this Notice.

Respectfully submitted this 18th day of April, 2016.

/s/ Nathan D. Adler
Nathan D. Adler
Bar No. 22645
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland  21202-3201
Tel:  (410) 332-8516
Fax: (410) 332-8517
nda@nqgrg.com

*Attorneys for Equifax Information Services LLC*

370103/343.169

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of April, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy by U.S. Mail to the following:

Dawud Best
5800 Carlyle Street
Cheverly, MD 20785

                                            /s/ Nathan D. Adler
                                            Nathan D. Adler