UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| DAWUD BEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO.: 8:15-cv-01141-PWG |
| CREDIT BUREAU OF NAPA COUNTY ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Dawud Best, and Defendant, Equifax Information Services LLC that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action be dismissed with prejudice against Defendant Equifax Information Services LLC, as settled, with each party to bear their own costs and expenses.

Respectfully submitted this 4th day of August, 2016.

| | |
|---|---|
| Dawud Best | Nathan Daniel Adler, Esq. Bar No. 22645 |
| 5800 Carlyle Street | Neuberger, Quinn, Gielen, Rubin & Gibber, |
| Cheverly, MD 20785 | P.A. |
| Pro Se Plaintiff | One South Street, 27th Floor |
| | Baltimore, Maryland 21202-3201 |
| | (410) 332-8516 |